PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Frederick Crittenden      **Docket Numbers:** 04-00565-001
                                                                              10-00463-001

                                                                                 **PACTS Number:** 37197

**Name of Original Sentencing Judicial Officer:** HONORABLE GARRETT E. BROWN, JR.
                                                 CHIEF UNITED STATES DISTRICT JUDGE

**Name of Second Sentencing Judicial Officer:** DICKINSON R. DEBEVOISE
                                               SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 04/25/2007 (Docket No. 04-00565-001)

**Date of Second Sentence:** 10/28/2010 (Docket No. 10-00463-001)

**Original Offense:** Ct. 1: CONSPIRACY TO COMMIT CREDIT CARD FRAUD
                         Ct. 2: CREDIT CARD FRAUD

**Second Offense:** ESCAPE FROM CUSTODY

**Original Sentence:** 60 months imprisonment on Ct. 1 and 64 months on Ct. 2, to be served concurrently; 3 years supervised release on each Cts. 1 and 2, to be served concurrently. Special conditions: drug treatment; disclosure of financial records; no new debt; DNA collection. $200 Special Assessment fee and Restitution of $333,776.58.

**Second Sentence:** Time Served; 3 years supervised release. Special conditions: alcohol/drug testing and treatment. $100 Special Assessment fee.

**Type of Supervision:** supervised release                       **Date Supervision Commenced:** 10/25/10

**Assistant U.S. Attorney:** Zach Intrater, Esq., 970 Broad Street, Room 502 Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Donald Horowitz, Esq., 24 Bergen Street, Hackensack, New Jersey 07601-5487 (201) 343-0100

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of any change of residence or employment.'<br><br>The offender left his residence of 254 State Street, Apt. PH-A, Hackensack, New Jersey, on or around April 11, 2011, and did not notify his probation officer of his forwarding address. Therefore, his whereabouts were unknown. |
| 2 | The offender has violated the standard supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'<br><br>The offender failed to report for a scheduled office visit on January 27, 2011. |
| 3 | The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.'<br><br>On April 3, 2011, the offender was arrested by the East Hanover Police Department for Shoplifting and Simple Assault. The merchandise that the offender allegedly attempted to steal was valued at $4,717.50. According to the investigation report, upon police questioning, the offender provided them with false identifiers. The Shoplifting charge has been upgraded to Morris County Superior Court and the Simple Assault remains pending in East Hanover Municipal Court. |
| 4 | The offender has violated the standard supervision condition which states 'You shall not commit another federal, state, or local crime.'<br><br>On April 20, 2011, the offender was arrested by the Old Bridge Police Department for Shoplifting and Hindering Apprehension. The value of the items the offender allegedly attempted to steal was $1,941.79. Upon police questioning, the offender provided false identifiers. The charges remain pending in Old Bridge Municipal Court. |
| 5 | The offender has violated the standard supervision condition which states 'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'<br><br>The offender failed to notify his probation officer of his two arrests, specifically on April 3, 2011, and April 20, 2011, within 72 hours. |
| 6 | The offender has violated the standard supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'<br><br>The offender has falsified his Monthly Supervision Report (March 2011) in that he reported that he had not had any contact with anyone having a criminal record. In fact, he had contact with Henry Barlatier, whom he was arrested with on November 30, 2009, by the Millburn Police Department for Shoplifting. |

PROB 12C - Page 3
Frederick Crittenden

I declare under penalty of perjury that the foregoing is true and correct.

By: Susan Karlak
Senior U.S. Probation Officer
Date: 5/10/11

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____
[ ] No Action
[ ] Other

Signature of Judicial Officer

May 13, 2011
Date